■ DENTAL MANAGEMENT & DEVELOPMENT, INC., Respondent, v BRONX-LEBANON HOSPITAL CENTER, Appellant. [892 NYS2d 340]—

Because the agreement between two dentists utilizing the basement premises did not result in a complete surrender of the demised premises from one to the other, or a grant of exclusive use to the purported sub-subtenant, the agreement constituted a license rather than an unauthorized sub-sublease (*cf. Matter of Dodgertown Homeowners Assn. v City of New York*, 235 AD2d 538, 539 [1997], *lv denied* 89 NY2d 809 [1997]). In regard to the contention that there was an illegal fee-splitting arrangement, we note that neither notice to cure raised this as a violation, nor is this a fee-splitting agreement in violation of Education Law § 6509-a. As to the waiting room, which was subdivided into two sections without visible demarcation, the use of the

entire common space by plaintiff's dental patients, including defendant's portion of the undivided area, did not constitute a breach of the sublease between plaintiff and defendant.

We have considered defendant's remaining arguments and find them unavailing. Concur—Friedman, J.P., McGuire, Renwick, Richter and Manzanet-Daniels, JJ.